IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Government, | § § | |
| VS. | § § | CRIMINAL NO. H-13-156 |
| JUAN RIVERA-ALCAZAR, | § § § | |
| Defendant. | § | |

## ORDER OF REFERRAL

This cause is hereby referred to United States Magistrate Judge Mary Milloy for the purpose of administering the plea of guilty and the FED.R.CRIM.P. 11 Allocution, subject to the final approval and imposition of sentence by this Court. The re-arraignment hearing will be held on **May 29, 2013, at 9:00 a.m.** and will be held before Judge Mary Milloy in Courtroom 701.

SIGNED on May 21, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge